**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-1569**

**JULIETA TARAZONA**

**VERSUS**

**WILLIAM E. LOGAN**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THE CITY COURT OF LAFAYETTE,
CITY OF LAFAYETTE, NO. 03-0499,
HONORABLE DOUGLAS J. SALOOM, CITY COURT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Julieta Tarazona
820 St. Joseph Street
Lafayette, LA 70506
(337) 269-9062
IN PROPER PERSON FOR PLAINTIFF/APPELLEE:**
        **Julieta Tarazona**

**William E. Logan, Jr.
807 South Buchanan Street
Post Office Box 3424
Lafayette, LA 70502
(337) 232-6210
PRO SE FOR DEFENDANT/APPELLANT:**
        **William E. Logan**